STERN & EISENBERG, PC
1040 N. KINGS HIGHWAY, SUITE 407
CHERRY HILL, NJ 08034
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

Order Filed on March 15, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
## (TRENTON DIVISION)

| In Re: | Case No.: 17-34975-KCF |
|---|---|
| Robert F. Lamp and Mary P. Lamp  Debtors | Chapter: 13  Judge: Kathryn C. Ferguson |

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

### ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED.**

**DATED: March 15, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(page 2)
Debtors: Robert F. Lamp and Mary P. Lamp
Case Number: 17-34975-KCF

Caption of Order: Order Granting Relief from the Automatic Stay (and other relief)

    Upon the Certification of The Bank of New York Mellon, as Trustee for CIT Mortgage Loan Trust 2007-1, by Caliber Home Loans, Inc., f/k/a Vericrest Financial, Inc., as its attorney in fact through its Counsel Stern & Eisenberg, PC, attorneys for secured creditor, under Bankruptcy Code § 362(d) for relief from the automatic stay as to certain property as herein set forth, and for cause shown, it is:

    ORDERED that the automatic stay of Bankruptcy Code § 362(a) is vacated as to permit the movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction (or otherwise as allowed under the law) to pursue movant's rights in the following:

    ☑    Real Property more fully described as:

744 Ridgedale Avenue, Woodbridge, NJ 07095 -- the "Property".

    ☐    Personal Property more fully described as:

    It is further Ordered that the movant may join the debtors and any trustee appointed in this case as Defendants in its action(s); irrespective of any conversion to any other chapter of the Bankruptcy Code.

    The movant shall serve this Order on the debtors, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:
Robert F Lamp
Mary P Lamp
  Debtors

Case No. 17-34975-KCF
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin   Page 1 of 1   Date Rcvd: Mar 18, 2019
        Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2019.
db/jdb   +Robert F Lamp,  Mary P Lamp,  744 Ridgedale Ave,  Woodbridge, NJ 07095-3518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2019                      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2019 at the address(es) listed below:
    Albert Russo  docs@russotrustee.com
    Bruce C. Truesdale  on behalf of Joint Debtor Mary P Lamp brucectruesdalepc@gmail.com, bctpcecf@gmail.com;r49787@notify.bestcase.com
    Bruce C. Truesdale  on behalf of Debtor Robert F Lamp brucectruesdalepc@gmail.com, bctpcecf@gmail.com;r49787@notify.bestcase.com
    Kevin M. Buttery  on behalf of Creditor  THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1 bkyefile@rasflaw.com
    Laura M. Egerman  on behalf of Creditor  The Bank Of New York Mellon bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
    Nicholas V. Rogers  on behalf of Creditor  THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1 nj.bkecf@fedphe.com
    Rebecca Ann Solarz  on behalf of Creditor  The Bank of New York Mellon, successor to The Bank of New York, et al rsolarz@kmllawgroup.com
    Sherri Jennifer Smith  on behalf of Creditor  THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1 nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
    Sindi Mncina  on behalf of Creditor  The Bank Of New York Mellon smncina@rascrane.com
    Steven P. Kelly  on behalf of Creditor  THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1 skelly@sterneisenberg.com, bkecf@sterneisenberg.com
    U.S. Trustee  USTPRegion03.NE.ECF@usdoj.gov
                                               TOTAL: 11