Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–34975–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert F Lamp
744 Ridgedale Ave
Woodbridge, NJ 07095

Mary P Lamp
744 Ridgedale Ave
Woodbridge, NJ 07095

Social Security No.:
xxx–xx–9989

xxx–xx–4890

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on August 23, 2019.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 23, 2019
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 17-34975-MBK
Robert F Lamp                                                                             Chapter 13
Mary P Lamp
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Aug 23, 2019
                              Form ID: 148             Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2019.
```
db/jdb         +Robert F Lamp,    Mary P Lamp,    744 Ridgedale Ave,    Woodbridge, NJ 07095-3518
cr             +THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MO,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +The Bank Of New York Mellon,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL  33487,    UNITED STATES 33487-2853
517224623      +Allied Interstate,    P.O. Box 26190,    Minneapolis, MN 55426-0190
517224627      +Bank of NY Mellon,    c/o Caliber Home Loans,    PO Box 24610,    Oklahoma City, OK 73124-0610
517224628      +Caliber Home Loans,    PO Box 24610,    Oklahoma City, OK 73124-0610
517224636      +Convergent,    121 NE Jefferson Street,    Suite 100,    Peoria, IL 61602-1229
517224638      +Daisy M Behman, MD,    48 Pulaski Avenue,    Carteret, NJ 07008-2509
517224639       Diversified Consultants,    Po Box 1391,    Southgate, MI 48195-0391
517224641       JFK Medical Associates,    PO Box 11912,    Newark, NJ 07101-4912
517224643       Montgomery Ward,    1112 th Avenue,    Monroe, WI 53566-1364
517224644      +No Place Like Home,    c/o Dennis Scharff,    386 New Brunswick Ave,    Fords, NJ 08863-2165
517224646      +Phelan Hallinan Diamond & Jones,    400 Fellowship Road,    Mount Laurel, NJ 08054-3437
517607405      +THE BANK OF NEW YORK MELLON, AS TRUSTEE ET.AL.,    CALIBER HOME LOANS, INC.,
                 13801 WIRELESS WAY,    OKLAHOMA CITY OK 73134-2500
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 24 2019 00:25:34      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 24 2019 00:25:29      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517224622       EDI: CBS7AVE Aug 24 2019 03:53:00      7th Avenue,   1112 7th Ave,    Monroe, WI 53566-1364
517224626       EDI: ARSN.COM Aug 24 2019 03:53:00      ARS National Services INc,   PO Box 469046,
                 Escondido, CA 92046-9046
517224624      +E-mail/Text: American@AABinfo.net Aug 24 2019 00:25:10      American Adjustment Bureau*,
                 PO Box 2758,    Waterbury, CT 06723-2758
517262589      +EDI: CBSAMERIMARK Aug 24 2019 03:53:00      Amerimark,   c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
517224625       EDI: CBSAMERIMARK Aug 24 2019 03:53:00      Amerimark Premier,   1112 7th Ave,
                 Monroe, WI 53566-1364
517336884      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Aug 24 2019 00:29:13      Caliber Home Loans,
                 13801 Wireless Way,    Oklahoma City, OK 73134-2500
517224630      +EDI: CAPITALONE.COM Aug 24 2019 03:53:00      Capital One,   PO Box 6492,
                 Carol Stream, IL 60197-6492
517224629       EDI: CAPITALONE.COM Aug 24 2019 03:53:00      Capital One,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
517224631      +E-mail/Text: bankruptcy@cavps.com Aug 24 2019 00:28:33      Cavalry Portfolio Services,
                 500 Summit Lake Drive, Suite 400,    Valhalla, NY 10595-2322
517240400      +E-mail/Text: bankruptcy@cavps.com Aug 24 2019 00:28:33      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517224633      +EDI: CHASE.COM Aug 24 2019 03:53:00      Chase Card,   Po Box 15295,    Wilmington, DE 19850-5295
517224634       EDI: CITICORP.COM Aug 24 2019 03:53:00      Citicards CBNA,   PO Box 6241,
                 Sioux Falls, SD 57117-6241
517224635       EDI: WFNNB.COM Aug 24 2019 03:53:00      Comenity Bank,   PO Box 182273,
                 Columbus, OH 43218-2273
517224637       EDI: RCSFNBMARIN Aug 24 2019 03:53:00      Credit One Bank,   PO Box 98872,
                 Las Vegas, NV 89193-8872
517224640       EDI: CBS7AVE Aug 24 2019 03:53:00      HomeVisions,   1112 7th Ave,    Monroe, WI 53566-1364
517224642      +EDI: RESURGENT.COM Aug 24 2019 03:53:00      LVNV Funding LLC,   c/o Resurgent Capital Services,
                 Po Box 1269,    Greenville, SC 29602-1269
517341282       EDI: RESURGENT.COM Aug 24 2019 03:53:00      LVNV Funding LLC,   c/o Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC  29603-0587
517285824      +EDI: MID8.COM Aug 24 2019 03:53:00      Midland Funding LLC,   PO Box 2011,
                 Warren, MI 48090-2011
517279061      +EDI: CBS7AVE Aug 24 2019 03:53:00      Montgomery Ward,   c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
517258684       EDI: AGFINANCE.COM Aug 24 2019 03:53:00      ONEMAIN,   P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
517224645       EDI: AGFINANCE.COM Aug 24 2019 03:53:00      OneMain Financial,   PO Box 64,
                 Evansville, IN 47701-0064
517224647      +E-mail/Text: bankruptcy@savit.com Aug 24 2019 00:29:08      Savit Collection Agency,
                 PO box 250,    East Brunswick, NJ 08816-0250
517270720      +EDI: CBS7AVE Aug 24 2019 03:53:00      Seventh Avenue,   c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
517226997      +EDI: RMSC.COM Aug 24 2019 03:53:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518237250       E-mail/Text: jennifer.chacon@spservicing.com Aug 24 2019 00:29:15
                 The Bank of New York Mellon,   c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 23, 2019
                              Form ID: 148             Total Noticed: 47

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518237251       +E-mail/Text: jennifer.chacon@spservicing.com Aug 24 2019 00:29:15
                 The Bank of New York Mellon,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250,    The Bank of New York Mellon,
                 c/o Select Portfolio Servicing, Inc. 84165-0250
517334048       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Aug 24 2019 00:29:13
                 The Bank of New York Mellon, as Trustee for CIT,    c/o Caliber Home Loans,
                 13801 Wireless Way,    Oklahoma City OK 73134-2500
518196942       +E-mail/Text: jennifer.chacon@spservicing.com Aug 24 2019 00:29:15
                 The Bank of New York Mellon, et al,    c/o Select Portfolio Servicing, Inc.,
                 Attn: Remittance Processing,    P.O. Box 65450,    Salt Lake City , UT 84165-0450,
                 The Bank of New York Mellon, et al 84165-0450
518196941        E-mail/Text: jennifer.chacon@spservicing.com Aug 24 2019 00:29:15
                 The Bank of New York Mellon, et al,    c/o Select Portfolio Servicing, Inc.,
                 Attn: Remittance Processing,    P.O. Box 65450,    Salt Lake City , UT 84165-0450
517224648       +E-mail/Text: bankruptcydepartment@tsico.com Aug 24 2019 00:28:51      Transworld Systems*,
                 507 Prudential Road,    Horsham, PA 19044-2308
517224649        EDI: WFFC.COM Aug 24 2019 03:53:00      Wells Fargo Card Services,    Po Box 14517,
                 Des Moines, IA 50306-3517
                                                                                              TOTAL: 33

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517224632        Chase Bank
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Andrew M. Lubin    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank of
               New York, not in its individual capacity but solely as Trustee on behalf of the holders of the
               CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Bruce C. Truesdale    on behalf of Debtor Robert F Lamp brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Bruce C. Truesdale    on behalf of Joint Debtor Mary P Lamp brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank of
               New York, et al dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
               MORTGAGE LOAN TRUST 2007-1 bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    The Bank Of New York Mellon bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
               MORTGAGE LOAN TRUST 2007-1 nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank
               of New York, et al rsolarz@kmllawgroup.com
              Sherri Jennifer Smith    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
               MORTGAGE LOAN TRUST 2007-1 nj.bkecf@fedphe.com,    nj.bkecf@fedphe.com
              Sindi  Mncina    on behalf of Creditor    The Bank Of New York Mellon smncina@rascrane.com
              Steven P. Kelly    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
               MORTGAGE LOAN TRUST 2007-1 skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 13
```