UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo

CN 4853

Trenton, NJ    08650

(609) 587-6888

Standing Chapter 13 Trustee

In re:

Robert F Lamp

Mary P Lamp

Debtor(s)

Case No.: 17-34975 / MBK

Judge: Michael B. Kaplan

Chapter: 13

Order Filed on August 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: August 23, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that the case is dismissed.

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

**IT IS FURTHER ORDERED** that any funds held by the Chapter 13 Trustee from payments made on account of the debtor(s) plan shall be disbursed to creditors.

**IT IS FURTHER ORDERED** that any *Order to Employer to Pay to the Chapter 13 Trustee* (wage order) that has been entered in this case is hereby terminated.  The employer is authorized to cease wage withholding immediately.  The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-34975-MBK
Robert F Lamp                                                              Chapter 13
Mary P Lamp
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin            Page 1 of 1            Date Rcvd: Aug 23, 2019
                               Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2019.
db/jdb        +Robert F Lamp,    Mary P Lamp,    744 Ridgedale Ave,    Woodbridge, NJ 07095-3518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2019 at the address(es) listed below:
          Albert  Russo    docs@russotrustee.com
          Andrew M. Lubin    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank of
          New York, not in its individual capacity but solely as Trustee on behalf of the holders of the
          CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bkecf@milsteadlaw.com,
          alubin@milsteadlaw.com
          Bruce C. Truesdale    on behalf of Joint Debtor Mary P Lamp brucectruesdalepc@gmail.com,
          bctpcecf@gmail.com;r49787@notify.bestcase.com
          Bruce C. Truesdale    on behalf of Debtor Robert F Lamp brucectruesdalepc@gmail.com,
          bctpcecf@gmail.com;r49787@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank of
          New York, et al dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Kevin M. Buttery    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
          MORTGAGE LOAN TRUST 2007-1 bkyefile@rasflaw.com
          Laura M. Egerman    on behalf of Creditor    The Bank Of New York Mellon bkyecf@rasflaw.com,
          bkyecf@rasflaw.com;legerman@rasnj.com
          Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
          MORTGAGE LOAN TRUST 2007-1 nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank
          of New York, et al rsolarz@kmllawgroup.com
          Sherri Jennifer Smith    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
          MORTGAGE LOAN TRUST 2007-1 nj.bkecf@fedphe.com,    nj.bkecf@fedphe.com
          Sindi  Mncina    on behalf of Creditor    The Bank Of New York Mellon smncina@rascrane.com
          Steven P. Kelly    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
          MORTGAGE LOAN TRUST 2007-1 skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                              TOTAL: 13